1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WILLIENE D. DAVIS,                    Case No.  2:21-cv-01272-JAM-JDP (PS)

12              Plaintiff,                 ORDER ON FILING IN CLOSED CASE

13        v.                               ECF No. 12

14   CA DEPARTMENT OF JUSTICE,

15              Defendant.

16

17        On September 9, 2021, plaintiff voluntarily dismissed this case, ECF No. 10, and it was

18   closed.  On March 4, 2022, plaintiff filed a first amended complaint.  ECF No. 12.  Plaintiff has

19   no right to file an amended complaint in a closed case and has not sought leave.  If plaintiff

20   wishes to have this case reopened, she must file a motion for relief from judgment and show

21   grounds for such relief.  Fed. R. Civ. P. 60(b).  Accordingly, the court will not reopen this case or

22   screen plaintiff's first amended complaint unless such a motion is filed and granted.

23

24   IT IS SO ORDERED.

25

26   Dated:    March 28, 2022        _____

27                                   JEREMY D. PETERSON
                                     UNITED STATES MAGISTRATE JUDGE

28

                                          1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28