UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIENE D. DAVIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CA DEPARTMENT OF JUSTICE, *et al.*,<br><br>　　　　　Defendants. | Case No.  2:21-cv-01272-JAM-JDP (PS)<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE<br><br>ECF No. 13 |

On September 9, 2021, plaintiff voluntarily dismissed this case, and it was closed.  ECF Nos. 10, 11.  On March 4, 2022, without seeking to reopen the case, plaintiff filed an amended complaint.  ECF No. 12.  The court ordered plaintiff to file a motion for relief from judgment if she wished to reopen the case.  ECF No. 14.  Defendants also filed a motion to dismiss.  ECF No. 13.  Defendants' motion cannot be granted because this case has already been dismissed.  Thus, defendants' motion is denied without prejudice and without expressing any views as to the merits of its arguments.  Should the case be reopened, defendants may either answer the new complaint or file a new motion as appropriate at that time.

IT IS SO ORDERED.

Dated:   March 30, 2022                                    _____
　　　　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE