|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| FOR THE EASTERN DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| WILLIENE D. DAVIS,<br><br>          Plaintiff,<br><br>    v.<br><br>CA DEPARTMENT OF JUSTICE,<br><br>          Defendant. | Case No.  2:21-cv-01272-DAD-JDP (PS)<br><br>ORDER DISREGARDING PLAINTIFF'S FILING<br><br>ECF Nos. 20 & 21 |

On September 13, 2021, the Clerk of Court closed this case pursuant to plaintiff's notice of voluntary dismissal. ECF No. 10. Several months later, plaintiff filed a first amended complaint. ECF No. 12. The court subsequently informed plaintiff that she was not permitted to file an amended complaint in a closed case and that if she wished to reopen the case, she must file a motion seeking relief from judgment. ECF No. 14. The court also notified her that it would neither reopen this case nor screen her amended complaint unless such a motion was filed and granted.

Plaintiff has since filed two motions requesting the Clerk of Court enter judgment in her favor. Neither of these filings constitute a proper request for relief from the voluntary dismissal of this action. *See Kalt v. Hunter*, 66 F.3d 1002, 1004 (9th Cir. 1995) ("[A] voluntary dismissal . . . is a judgment, order or proceeding from which Rule 60(b) relief can be granted."). The filings will therefore be disregarded. Plaintiff is notified that the court will not respond to future filings

in this action that are not authorized by the Federal Rules of Civil Procedure or the Federal Rules of Appellate Procedure.

Accordingly, it is hereby ORDERED that plaintiff's July 28, 2022 and August 26, 2022 filings, ECF Nos. 20 & 21, are disregarded.

IT IS SO ORDERED.


Dated:   December 12, 2022                                  _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE